UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| WAKE COUNTY BOARD OF EDUCATION | ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | **JUDGMENT** |
| | ) | 5:21-cv-409-FL |
| J.M., Individually and on behalf of G.M. their minor child, D.M., Individually and on behalf of G.M. their minor child, and G.M., a minor child | ) ) ) ) | |
| Defendants. | ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of defendants' motion to dismiss.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered August 26, 2022, and for the reasons set forth more specifically therein, defendants' motion to dismiss is GRANTED. Plaintiff's complaint is DISMISSED.

**This Judgment Filed and Entered on August 26, 2022, and Copies To:**
David B. Noland / Stephen G. Rawson (via CM/ECF Notice of Electronic Filing)
Stacy Marlise Gahagan (via CM/ECF Notice of Electronic Filing)

August 26, 2022                    PETER A. MOORE, JR., CLERK

                                     /s/ Sandra K. Collins
                                    (By) Sandra K. Collins, Deputy Clerk